13-148

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLLIE ZWEIG, ) | |
| ) | Case Number: 14 cv 00512 JFB-ARL |
| Plaintiff, ) | |
| ) | |
| -against- ) | |
| ) | |
| BANKERS STANDARD INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice pursuant to Fed. R. Civ. P. 41(a), without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that any and all of the claims for damages by Plaintiff MOLLIE ZWEIG which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled, as against Defendant BANKERS STANDARD INSURANCE COMPANY, for the sum of One Hundred and Ninety Thousand Dollars and 00/100 cents ($190,000.00) in full satisfaction of all claims for damages, costs, disbursements and legal fees.

Dated: New York, New York
February 2, 2015

**WEG AND MYERS, P.C.**
*Attorneys for Plaintiff*


By: _____
David McGill, Esq.
Federal Plaza
52 Duane Street
New York, New York 10007
(212) 227-4210

**FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC**
*Attorneys for Defendant*


By: _____
Mara Hsiung, Esq.
120 Broadway, Suite 1130
New York, New York 10271
(212) 257-7113